# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 22-81224-CIV-CANNON

STEPHANIE BROWN, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

CORE HOME SECURITY, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff Stephanie Brown ("Plaintiff") and Defendant Core Home Security, LLC ("Defendant") (collectively, the "Parties") through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

Dated: December 15, 2022

Respectfully submitted,

By: */s/ Stephen A. Beck*
    Stephen A. Beck

**BURSOR & FISHER, P.A**
Stephen A. Beck (Fla. Bar No. 1010183)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-Mail: sbeck@bursor.com

*Attorney for Plaintiff*

1

By:    */s/ David P. Reiner, II*
       David P. Reiner, II

**REINER & REINER, P.A.**
**David P. Reiner, II** (Fla. Bar No. 416400)
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com; eservice@reinerslaw.com*

*Counsel for Defendant, Core Home Security, LLC*

2